IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GAYLE E. DOMNITZ

**Plaintiff,**

v.            CIVIL NO. 3:09-cv-00638-JRS

JP MORGAN CHASE & CO.,

**Defendant.**

### DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **GAYLE E. DOMNITZ**, by counsel, and the Defendant, **JP MORGAN CHASE & CO.**, by counsel, and moves the United States District Court for the Eastern District of Virginia, Richmond Division ("District Court") to dismiss the above-styled civil action, because the parties have compromised and settled all claims and controversies between them.

UPON CONSIDERATION, of the representations of counsel, the pleadings and for other good cause shown, it be, and hereby is, ORDERED, ADJUDGED and DECREED that civil action **3:09-cv-00638-JRS** is DISMISSED with prejudice. Upon entry of this Order the Clerk of the District Court shall send copies *testee* to all counsel of record.

ENTERED this __18th__ day of __May__, 2010.

/s/
James R. Spencer
Chief United States District Judge

Case 3:09-cv-00638-JRS Document 14 Filed 05/18/10 Page 3 of 3

WE ASK FOR THIS:

_____
LEONARD A. BENNETT,
VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 - Facsimile
*Counsel for Plaintiff*

James Douglas Cuthbertson
MILES & STOCKBRIDGE
1751 Pinnacle Dr
Suite 500
McLean, VA 22102-3833
(703) 610-8664
Email: jcuthbertson@milesstockbridge.com
*Counsel for Defendant, JP Morgan Chase & Co.*